AO 442 (Rev. 11/11) Arrest Warrant

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Anthony Gale Turner<br><br>Defendant | )<br>)<br>) Case No. 4:22cr83<br>)  FID# 11484078<br>)<br>)<br>)  ATF |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Anthony Gale Turner,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

T.18:922(d)(1) and 924(a)(8) - Sell Firearm to Prohibited Person

Date: 10/13/2022

*Issuing officer's signature*

City and state: Newport News, VA          Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/13/22, and the person was arrested on *(date)* 10/17/22
at *(city and state)* Hampton, VA.

Date: 10/17/22

*Arresting officer's signature*

SA Cory Norten
*Printed name and title*